| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-13434 / MBK

Thomas J Orban

Petition Filed Date: 04/27/2022
341 Hearing Date: 05/26/2022
Confirmation Date:

Case Status: **Dismissed Before Confirmation on 1/12/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/25/2022 | $1,000.00 | 84853070 | 06/02/2022 | $3,000.00 | 85057840 | 07/11/2022 | $3,000.00 | 85751920 |
| 08/02/2022 | $3,000.00 | 86269890 | 09/02/2022 | $3,000.00 | 86867760 | 10/05/2022 | $3,000.00 | 87508750 |
| 11/02/2022 | $3,000.00 | 88048770 | 12/05/2022 | $3,000.00 | 88620300 | 01/04/2023 | $3,000.00 | 89200340 |

**Total Receipts for the Period: $25,000.00    Amount Refunded to Debtor Since Filing: $19,344.00    Total Receipts Since Filing: $25,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas J Orban | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter E. Zimnis, Esq.<br>»»  1/12/23 ORDER DISMISS | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | AMERICAN EXPRESS<br>»»  JUDGMENT | Unsecured Creditors | $51,007.56 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $107.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $12,670.39 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2017-2020; 2021 EST | Priority Crediors<br>Hold Funds: Estimated | $172,734.35 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2013-2016 TAX PERIODS + PENALTIES | Unsecured Creditors | $163,077.86 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $22,556.50 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $16,854.22 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,972.61 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $14,148.18 | $0.00 | $0.00 |
| 10 | PNC BANK, NA<br>»»  NP/26 CHURCH ST/1ST MTG | Mortgage Arrears | $461,854.03 | $0.00 | $0.00 |
| 11 | NJ DIVISION OF TAXATION<br>»»  TGI- EE 2013-2018 | Secured Creditors | $28,893.33 | $0.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2019-2020; 2021 EST | Priority Crediors<br>Hold Funds: Estimated | $22,391.29 | $0.00 | $0.00 |
| 13 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2000-2002;2014 EST/COSTS 11/2021 | Unsecured Creditors<br>Hold Funds: Estimated | $49,944.00 | $0.00 | $0.00 |
| 0 | Thomas J Orban | Debtor Refund | $19,344.00 | $19,344.00 | $0.00 |

**Chapter 13 Case No. 22-13434 / MBK**

|  |
|---|
| **SUMMARY** |
| **Your case was Dismissed Before Confirmation on 1/12/2023.**<br><br>Summary of all receipts and disbursements from date filed through 1/12/2023:<br><br>    Total Receipts:    $25,000.00<br>    Paid to Claims:    $23,044.00<br>    Paid to Trustee:    $1,956.00<br>    Funds on Hand:    $0.00 |